NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DATCARD SYSTEMS, INC.,**
*Plaintiff-Appellant,*

**v.**

**PACSGEAR, INC.,**
*Defendant-Appellee.*

_____

2013-1445

_____

Appeal from the United States District Court for the Central District of California in No. 10-CV-1288, Senior Judge Mariana R. Pfaelzer.

_____

**JUDGMENT**

_____

PAUL A. STEWART, Knobbe, Martens, Olson & Bear, LLP, of Irvine, California, argued for plaintiff-appellant. With him on the brief was CRAIG S. SUMMERS.

WILLMORE F. HOLBROW, III, Blakely Sokoloff Taylor & Zafman LLP, of Los Angeles, California, argued for defendant-appellee. With him on the brief were DENNIS G. MARTIN and JAMES AHN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 16, 2014            /s/ Daniel E. O'Toole
Date                        Daniel E. O'Toole
                            Clerk of Court